UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALEXANDER DEAN PANKRATZ, | ) | CASE NO. C06-1328-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| ROBERT J. PALMQUIST, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The Court, having reviewed the Petition for Writ of Habeas Corpus, respondent's response, petitioner's reply, the Amended Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses thereto, and the balance of the record, finds and ORDERS as follows:

(1) The Court adopts the Amended Report and Recommendation;

(2) The Petition for Writ of Habeas Corpus (Dkt. #3) is GRANTED;

(3) Within 14 days of this Order, the Bureau of Prisons is directed to reconsider petitioner's request for transfer to a halfway house or similar facility, based upon the factors outlined in 18 U.S.C. § 3621(b), without regard to the time limits set

forth in 28 C.F.R. § 570.21; and

(4) The Clerk shall send a copy of this Order to all counsel of record, and to Judge Theiler.

DATED this 2nd day of February, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2